**FILED**

07/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0331

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. OP 23-0331

---

MATTHEW G. MONFORTON,

*Petitioner*

*v.*

AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AS MONTANA ATTORNEY GENERAL; CHRISTI JACOBSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE

*Respondents.*

---

## ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

---

Upon consideration of the motion filed the Montana League of Cities and Towns, the Montana Association of Counties, and the Montana Quality Education Coalition for leave to file an *amicus curiae* brief in support of Respondents,

IT IS ORDERED that the motion for leave to file an *amicus curiae* brief is GRANTED.

IT IS FURTHER ORDERED that the *amicus* brief shall be prepared, filed, and served by July 14, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 12 2023